**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW WAYNE HEAD**<br><br>and<br><br>**SHASTA MARIE HEAD**<br><br>Defendants. | **Case No. 26-03160-01/02-CR-S-MBB** |

**MOTION TO DISMISS COUNT 4 OF THE INDICTMENT AGAINST THESE DEFENDANTS (Doc. 1)**

The United States of America, by and through its undersigned counsel, respectfully moves to dismiss Count 4 of the indictment against these defendants, MATTHEW WAYNE HEAD and SHASTA MARIE HEAD. (Doc. 1.) In support, counsel for the United States offers the following suggestions:

On August 5, 2026, an Indictment was returned by the Grand Jury charging the defendants with multiple criminal offenses. *Id.* Between the presentation of the indictment and the returning of a true bill on the indictment, an old version of the indictment was accidentally included and signed by all parties regarding the grand jury presentation. On August 12, 2026, an initial appearance was held before the Court at which the parties became aware for the first time that an older version of the indictment had inadvertently replaced the current version of the indictment. (Doc. 122.) In response, the parties agreed

that a superseding indictment would be presented before the next grand jury on September 8, 2026, to correct this error and have the proper version of the indictment entered into the record before the Court.

Undersigned counsel has spoken with the attorneys for both defendants, and they agreed that a superseding indictment would be appropriate and remedy any conflicts or confusion on this matter. Defense counsel for both defendants had no objection to the presentation of a superseding indictment to replace the current indictment in this case.

The United States respectfully submits that this dismissal of Count 4 of the Indictment is in keeping with the original intent of the United States and understanding between all parties.

WHEREFORE, the United States respectfully requests that Count 4 of the original Indictment be dismissed without prejudice.

Respectfully submitted,

R. MATTHEW PRICE
United States Attorney

By *Is/ Patrick Carney*

PATRICK CARNEY
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Patrick Carney*
Patrick Carney
Assistant United States Attorney